THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ELNA BERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. 2:24-cv-00134-RSM <br><br> **CORRECTED ORDER RE:** <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation for Extension of Time to Respond to Complaint, and good cause shown,

IT IS HEREBY ORDERED the time for Defendants The Boeing Company and Alaska Airlines, Inc., to answer or otherwise respond to Plaintiffs' First Amended Complaint is extended through March 11, 2024.

DATED this 9th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

CORRECTED ORDER GRANTING
STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
(No. 2:24-cv-00134-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Presented by:

By: *s/ Christopher M. Ledford*
Mack H. Shultz, WSBA No. 27190
Christopher M. Ledford, WSBA No. 44515
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
CLedford@perkinscoie.com
MShultz@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

By: */s/ Daniel R. Laurence*
Daniel R. Laurence
Brad Moore
Melanie Nguyen
Furhad Sultani
**Stritmatter Kessler Koehler Moore**
3600 15th Avenue W., Suite 300
Seattle, WA 98119
dan@stritmatter.com
brad@stritmatter.com
melanie@strimatter.com
furhad@strimatter.com

*Attorneys for Plaintiffs*

By: *s/ Caryn Geraghty Jorgensen*
Caryn Geraghty Jorgensen
Robert L. Bowman
McKenzi A. Hoover
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
caryn.jorgensen@stokeslaw.com
robert.bowman@stokeslaw.com
mckenzi.hoover@stokeslaw.com

Attorneys for Defendant Alaska Airlines, Inc.

CORRECTED ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(No. 2:24-cv-00134-RSM) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000