HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRIT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELNA BERRY, BART BERRY, GWINT L. FISHER, RENÉE FISHER, IRIS RUIZ, GARET CUNNINGHAM, ROSALBA RUIZ, SUZANNAH ANDERSON, CADEN ASHKAR, KENDRA FROME, JACOB FROME, HAZEL FROME, and OLIVIA FROME individually and on behalf of all others similarly situated, and DOES 1-327;

Plaintiffs,

v.

THE BOEING COMPANY, a Delaware profit corporation; and ALASKA AIRLINES, INC., an Alaska corporation,

Defendant.

Case No.: 2:24-cv-00134-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES

THIS MATTER having come before the court on the parties Stipulated Motion to Extend Initial Case Deadlines. The Court considered the pleadings filed in this action, including the moving and opposing papers to this motion, and the evidence contained therein.

The Court finds that good cause exists to allow for the requested extension.

Based on the above finding, it is hereby ORDERED that the initial case deadlines shall be stricken and reset after the Court rules on Plaintiffs' Motion for Leave to Amend Complaint (Dkt. 24).

ORDER GRANTING STIPULATED MOTION TO
EXTEND INITIAL CASE DEADLINES - 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777

DATED this 6th day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Karen K. Koehler*
Karen K. Koehler, WSBA #15325
Andrew Ackley, WSBA #41752
Daniel R. Laurence, WSBA#19697
Brad J. Moore, WSBA#1802
Melanie Nguyen, WSBA #51724
Debora Silberman, WSBA #59302

3600 – 15th Avenue West, Suite 300
Seattle, WA  98119
Telephone: 206.448.1777
Facsimile:  206.728.2131
karenk@stritmatter.com
andrew@stritmatter.com
dan@stritmatter.com
brad@stritmatter.com
melanie@stritmatter.com
deboras@stritmatter.com

Attorneys for Plaintiffs

ORDER GRANTING STIPULATED MOTION TO
EXTEND INITIAL CASE DEADLINES - 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777