THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELNA BERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. 2:24-cv-00134-RSM <br><br> **ORDER RE:** <br><br> **STIPULATION TO AMEND COMPLAINT AND EXTEND RESPONSE DATE** |

Pursuant to the Parties' Stipulation to Amend Complaint and Extend Response Date, and good cause shown,

IT IS HEREBY ORDERED that leave is granted for Plaintiffs to file their Second Amended Complaint; and

IT IS HEREBY ORDERED the time for Defendants The Boeing Company and Alaska Airlines, Inc., to answer or otherwise respond to Plaintiffs' Second Amended Complaint is extended through July 3, 2024.

DATED this 21st day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO AMEND
COMPLAINT AND EXTEND RESPONSE DATE
(No. 2:24-cv-00134-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Presented by: | By: *s/ Christopher M. Ledford* |
| 2 | | Mack H. Shultz, WSBA No. 27190 |
| | | Christopher M. Ledford, WSBA No. 44515 |
| 3 | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| 4 | | Seattle, Washington 98101-3099 |
| | | Telephone: +1.206.359.8000 |
| 5 | | Facsimile: +1.206.359.9000 |
| | | CLedford@perkinscoie.com |
| 6 | | MShultz@perkinscoie.com |
| 7 | | *Attorneys for Defendant The Boeing Company* |
| 8 | | By: */s/ Karen Koehler* |
| | | Karen Koehler |
| 9 | | Daniel R. Laurence |
| | | Brad Moore |
| 10 | | Melanie Nguyen |
| | | **Stritmatter Kessler Koehler Moore** |
| 11 | | 3600 15th Avenue W., Suite 300 |
| | | Seattle, WA 98119 |
| 12 | | karenk@stritmatter.com |
| | | dan@stritmatter.com |
| 13 | | brad@stritmatter.com |
| | | melanie@stritmatter.com |
| 14 | | |
| 15 | | *Attorneys for Plaintiffs* |
| 16 | | By: */s/ Caryn Geraghty Jorgensen* |
| | | Caryn Geraghty Jorgensen |
| 17 | | Robert L. Bowman |
| | | McKenzi A. Hoover |
| 18 | | STOKES LAWRENCE, P.S. |
| | | 1420 Fifth Avenue, Suite 3000 |
| 19 | | Seattle, WA 98101-2393 |
| | | caryn.jorgensen@stokeslaw.com |
| 20 | | robert.bowman@stokeslaw.com |
| | | mckenzi.hoover@stokeslaw.com |
| 21 | | |
| | | *Attorneys for Defendant Alaska Airlines, Inc.* |

ORDER GRANTING STIPULATION TO AMEND
COMPLAINT AND EXTEND RESPONSE DATE
(No. 2:24-cv-00134-RSM) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000