The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

ELNA MARIE BERRY, et al.,

    Plaintiffs,

v.

THE BOEING COMPANY, et al.,

    Defendants.

No. 2:24-cv-00134-RSM

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SPIRIT AEROSYSTEMS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT**

NOTE ON MOTION CALENDAR:
JUNE 12, 2024

WHEREAS, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs and Defendant Spirit AeroSystems, Inc. ("Spirit") stipulate to extend the time for Defendant Spirit to answer or otherwise respond to Plaintiffs' Second Amended Complaint until July 12, 2024. Counsel for Plaintiffs and Spirit have conferred regarding this request. Good cause exists for this request because of the complex nature of the allegations in Plaintiffs' Second Amended Complaint, and because of the ongoing investigation by the United States National Transportation Safety Board into the incident.

By execution of this stipulation, Defendant Spirit does not waive any defenses. Each side preserves all of their respective rights and positions, and both sides agree that the execution of this stipulation shall not impact their respective rights and positions.

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SPIRIT AEROSYSTEMS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT - (CASE NO. 2:24-CV-00134-RSM) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

WHEREAS, Spirit has not requested previous extensions from this Court. A proposed order is submitted with this stipulation.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant Spirit AeroSystems, Inc., by and through their counsel and subject to approval of this Court.

I certify that this motion/memorandum contains 168 words, in compliance with the Local Civil Rules.

DATED this 12th day of June, 2024.

FOX ROTHSCHILD LLP

*s/ James E. Breitenbucher*
James E. Breitenbucher, WSBA #27670
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Telephone: 206-624-3600
Facsimile: 206-389-1708
jbreitenbucher@foxrothschild.com

*Attorneys for Defendant Spirit AeroSystems, Inc.*

STRITMATTER KESSLER KOEHLER MOORE

*/s/ Karen K. Koehler*
Karen K. Koehler, WSBA #15325
Andrew Ackley, WSBA #41752
Daniel R. Laurence, WSBA#19697
Brad J. Moore, WSBA#1802
Melanie Nguyen, WSBA #51724
Debora Silberman, WSBA #59302
3600 – 15th Avenue West, Suite 300
Seattle, Washington 98119
Telephone: 206.448.1777
Facsimile: 206.728.2131
karenk@stritmatter.com
andrew@stritmatter.com
dan@stritmatter.com
brad@stritmatter.com
melanie@stritmatter.com
deboras@stritmatter.com

*Attorneys for Plaintiffs*

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SPIRIT AEROSYSTEMS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT - (CASE NO. 2:24-CV-00134-RSM)

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

**ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation for Extension of Time For Defendant Spirit AeroSystems, Inc. to Respond to Second Amended Complaint is GRANTED.

DATED this 13th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SPIRIT AEROSYSTEMS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT - (CASE NO. 2:24-CV-00134-RSM)

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600