UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELNA MARIE BERRY; BART BERRY; GWINT
L. FISHER; RENÉE FISHER; IRIS RUIZ;
GARET CUNNINGHAM; ROSALBA RUIZ;
SUZANNAH LUHN ANDERSON; RYAN
ANDERSON, DEBBIE ASHKAR and STEVEN
ASHKAR, individually and on behalf of their
minor son, C.A.; KENDRA FROME and DAVID
FROME, individually and on behalf of her minor
children J.F., H.F. and O.F.; MARGARITA
ANDERSON; JOSH ANDERSON; MINHKIM
BUI; MINHTAM BUI; EVAN GRANGER;
CHRISTOPHER HICKMAN; TERESA
HICKMAN; MEGAN HUTCHENS;
ELIZABETH LE; CONNER MEJIA; JESSICA
MONTOYA; ROBERT MONTOYA; VI
NGUYEN; MICHAEL SIMENTAL and GRACE
SIMENTAL, individually and on behalf of their
minor children E.S. and K.S.; EVAN SMITH;
LORRAINE SMITH; DENISE STEWART;
NATHANIEL STEWART; GEORGE TATE JR.,
L'TOYA WHEELER-TATE; MARY GRACE
CATLE-USTARIS; ROBERTO USTARIS;
JENNIFER WINEGAR; DARREN WINEGAR;
KIRSTEN WRIGHT; THOMAS KASTEN;
ROBERT WRIGHT; individually,

                    Plaintiffs,
        v.

THE BOEING COMPANY, a Delaware profit
corporation; SPIRIT AEROSYSTEMS, INC., a
Delaware profit corporation; and ALASKA
AIRLINES, INC., an Alaska corporation,

                    Defendants.

Case No.:  2:24-cv-00134-RSM

**ORDER GRANTING
STIPULATED MOTION FOR
PARTIAL DISMISSAL**

ORDER GRANTING STIPULATED MOTION
FOR PARTIAL DISMISSAL - 1

1    THIS MATTER came before the court on the parties Stipulated Motion for Partial

2  Dismissal.  Based on the stipulation it is hereby ORDERED that Plaintiffs' causes of action of

3  fraud shall be dismissed without prejudice.  This Order does not strike factual allegations in Section

4  12 of Plaintiffs' Second Amended Complaint. It is further ORDERED that Defendant The Boeing

5  Company's Partial Motion to Dismiss, Dkt. #55, is STRICKEN AS MOOT.  Boeing's time to

6  respond to the Second Amended Complaint shall be thirty (30) days from the entry of this Order.

7    DATED this 23rd day of July, 2024.

8

9

    RICARDO S. MARTINEZ
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION
FOR PARTIAL DISMISSAL - 2