1

HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

ELNA MARIE BERRY; BART BERRY; GWINT
L. FISHER; RENÉE FISHER; IRIS RUIZ;
GARET CUNNINGHAM; ROSALBA RUIZ;
SUZANNAH LUHN ANDERSON; RYAN
ANDERSON, DEBBIE ASHKAR and STEVEN
ASHKAR, individually and on behalf of their
minor son, C.A.; KENDRA FROME and DAVID
FROME, individually and on behalf of her minor
children J.F., H.F. and O.F.; MARGARITA
ANDERSON; JOSH ANDERSON; MINHKIM
BUI; MINHTAM BUI; EVAN GRANGER;
CHRISTOPHER HICKMAN; TERESA
HICKMAN; MEGAN HUTCHENS;
ELIZABETH LE; CONNER MEJIA; JESSICA
MONTOYA; ROBERT MONTOYA; VI
NGUYEN; MICHAEL SIMENTAL and GRACE
SIMENTAL, individually and on behalf of their
minor children E.S. and K.S.; EVAN SMITH;
LORRAINE SMITH; DENISE STEWART;
NATHANIEL STEWART; GEORGE TATE JR.,
L'TOYA WHEELER-TATE; MARY GRACE
CATLE-USTARIS; ROBERTO USTARIS;
JENNIFER WINEGAR; DARREN WINEGAR;
KIRSTEN WRIGHT; THOMAS KASTEN;
ROBERT WRIGHT; individually,

Plaintiffs,

v.

THE BOEING COMPANY, a Delaware profit
corporation; SPIRIT AEROSYSTEMS, INC., a
Delaware profit corporation; and ALASKA
AIRLINES, INC., an Alaska corporation,

Defendants.

Case No.:  2:24-cv-00134-RSM

PLAINTIFFS' NOTICE OF
WITHDRAWAL OF MOTION
TO CONSOLIDATE THE TRAN
PLAINTIFF GROUP WITH THE
BERRY PLAINTIFF GROUP

NOTE ON MOTION
CALENDAR: October 18, 2024

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION
TO CONSOLIDATE THE TRAN PLAINTIFF GROUP
WITH THE BERRY PLAINTIFF GROUP- 1

TO:          Clerk of Court

AND TO:      Counsel for Defendants

NOTICE IS HEREBY GIVEN that Plaintiffs hereby withdraw their Motion to Consolidate the Tran Plaintiff Group with the Berry Plaintiff Group [Dkt. 68] noted for today, October 18, 2024.

DATED this 18th day of October, 2024.

STRITMATTER KESSLER KOEHLER MOORE

*/s/ Andrew Ackley*
Karen K. Koehler, WSBA #15325
Andrew Ackley, WSBA #41752
Daniel R. Laurence, WSBA#19697
Melanie Nguyen, WSBA #51724
Debora Silberman, WSBA #59302

3600 – 15th Avenue West, Suite 300
Seattle, WA  98119
Telephone: 206.448.1777
Facsimile:  206.728.2131
karenk@stritmatter.com
andrew@stritmatter.com
dan@stritmatter.com
melanie@stritmatter.com
deboras@stritmatter.com

Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION
TO CONSOLIDATE THE TRAN PLAINTIFF GROUP
WITH THE BERRY PLAINTIFF GROUP- 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777

## DECLARATION OF SERVICE

I hereby certify that on this date, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

Dated this 18th day of October, 2024, at Cle Elum, Washington.


/s/ *Patti Sims*
Patti Sims
Paralegal

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION
TO CONSOLIDATE THE TRAN PLAINTIFF GROUP
WITH THE BERRY PLAINTIFF GROUP- 3

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777